```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**GARY A. GEORGE,**                    :

    **Plaintiff,**                    :

**vs.**                                :  **CIVIL ACTION 07-0220-WS-B**

**TRACEY HAWSEY,** *et al.*,           :

    **Defendants.**                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Orders.

DONE this 3rd day of April, 2008.

                                           s/WILLIAM H. STEELE
                                           UNITED STATES DISTRICT JUDGE