```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **GARY A. GEORGE,** | : |
|     **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 07-0220-WS-B** |
| **TRACEY HAWSEY,** *et al.*, | : |
|     **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

DONE this 3rd day of April, 2008.

                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE